NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
29471
31-MAR-2011
08:29 AM

NO. 29471

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JOSEPH A. OTINERU, Plaintiff-Appellant v.
HENRIETTA-ANN M. OTINERU, nka HENRIETTA-ANN TOM,
Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 86-2396)

ORDER DISMISSING APPEAL
(By: Nakamura, Chief Judge, Fujise and Reifurth, JJ.)

Upon consideration of the March 15, 2011 Request for Dismissal of Appeal filed by Plaintiff-Appellant, the papers in support and the record and file, it appears that (1) on October 21, 2010, this court approved a stipulation remanding this case to the family court for entry of a dismissal of the motion for post-decree which resulted in this appeal; (2) on March 3, 2011, the Stipulation to Dismiss Orders and Dismiss Motion for Post-Decree Relief Filed February 12, 2007 With Prejudice was filed in the family court. Therefore,

IT IS HEREBY ORDERED that this appeal is dismissed pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b). The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, March 31, 2011.

Chief Judge

Associate Judge

Associate Judge